1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail:  young_rohlfing.office@speakeasy.net
5
   Attorneys for Plaintiff CLIFFORD A. ASHING
6

7

8

9                  **UNITED STATES DISTRICT COURT**

10                 **CENTRAL DISTRICT OF CALIFORNIA**

11

12  CLIFFORD A. ASHING,               )  Case No.:  CV 08-429 RZ
                                      )
13          Plaintiff,                )  [PROPOSED] ORDER AWARDING
                                      )  EQUAL ACCESS TO JUSTICE ACT
14      vs.                           )  ATTORNEY FEES PURSUANT TO
                                      )  28 U.S.C. § 2412(d)
15  MICHAEL J. ASTRUE,                )
    Commissioner of Social Security,  )
16                                    )
            Defendant.                )
17  _____  )

18       Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

20  Young Cho, as Plaintiff's assignee ~~and subject to the reservation of rights,~~ the

21  amount of three thousand four hundred dollars ($3,400.00), as authorized by 28

22  U.S.C. § 2412(d)~~, subject to the terms of the above-referenced Stipulation.~~

23  DATE: October 31, 2008

24                              _____
                                THE HONORABLE RALPH ZAREFSKY
25                              UNITED STATES MAGISTRATE JUDGE

26

-1-